JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAMONT BROWN, | Case No. 2:22-cv-02814-RGK-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| RAYBON JOHNSON, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus (Dkt. 1) is **denied**.

DATED: SEPTEMBER 29, 2022

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE